1

2  Attorneys for Plaintiffs,
   Bubalo Hiestand & Rotman, PLC
3  9300 Shelbyville Road, Suite 215
   Louisville, KY 40222
4  (502) 753-1600

5

6

7

8

9                           UNITED STATES DISTRICT COURT

10                          NORTHERN DISTRICT OF CALIFORNIA

11

12 |                                        ) Case No. 3:06-cv-01866-CRB
   | IN RE: BEXTRA AND CELEBREX             )
13 | MARKETING SALES PRACTICES AND          ) MDL NO. 1699
   | PRODUCT LIABILITY LITIGATION           ) District Judge: Charles R. Breyer
14 |                                        )
   |                                        )
15 | ROGER G. EWING                         )
   |                                        )
16 |                    Plaintiff,          ) **STIPULATION AND ORDER OF**
   |                                        ) **DISMISSAL WITH PREJUDICE**
17 |               vs.                      )
   |                                        )
18 | PFIZER, INC, JOHN DOE ONE, and         )
   | JOHN DOE TWO,                          )
19 |                                        )
   |                    Defendants.         )
20

21
       Comes now the Plaintiff, ROGER G. EWING, and Defendants, by and through the
22
   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
23
   stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
24
   fees and costs.
25

26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: 11-11, 2009 BUBALO HIESTAND & ROTMAN, PLC

By: _Leslie M. Cronen_
Leslie M. Cronen
Attorneys for Plaintiffs

DATED: Jan. 13, 2010 DLA PIPER LLP (US)

By: _Michelle W. Sadowsky_
Michelle W. Sadowsky
Attorneys for Defendant Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**